IN THE UNTIED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

KENNETH JACKSON, an individual;   )
                                  )
    Plaintiffs,                   )
                                  )
vs.                               )   Civil Action No.:
                                  )   3:07-CV-962-MEF
                                  )
MARIA R RICHARD, an individual;   )
SAFECO, INSURANCE, a business or  )
corporation;                      )   **DEMAND FOR JURY TRIAL**
                                  )
    Defendants.                   )

## COMPLAINT

The Plaintiff, Kenneth Jackson (hereafter Plaintiff), is an adult resident of Troup County, Georgia. The Defendant, Maria R Richard (hereafter Richard) is an adult resident of Lee County, Alabama who was operating a vehicle in Lee County at the time of this accident. The Defendant Safeco Insurance (hereafter Safeco) is a foreign business or corporation. All of the events made the subject of this lawsuit occurred in Lee County, Alabama. Diversity of Citizenship of citizenship is present, and jurisdiction is proper pursuant to 28 USC § 1332, and the amount in controversy exceeds $75,000, exclusive of interest and costs.

### FACTUAL ALLEGATIONS

On or about November 6, 2006, the Plaintiff was operating a vehicle on Wire Road, LEM Morrison Drive and W. Sanford Avenue. At that time, the Defendant Richard was operating a vehicle and collided with the rear end of Jackson's vehicle while he was stopped.

## DAMAGES

Plaintiff has suffered the following damages and injuries:

a.  Injuries to neck, back and other various arts of his body;

b.  Pain and suffering;

c.  Past, present and future medical expenses;

d.  Loss of enjoyment of life;

e.  Lost wages;

f.  Permanent injuries.

## COUNT ONE
## NEGLIGENCE

1.  The Plaintiff realleges all previous paragraphs and further avers as follows:

2.  The Defendant Richard, negligently operated her vehicle so as to cause a rear end collision with the Plaintiff's vehicle. The Defendant's conduct constitutes negligence.

3.  As a proximate consequence the Plaintiff suffered the damages and injuries as previously described.

4.  **WHEREFORE**, the Plaintiff demands judgment of the Defendants for compensatory damages in an amount to be determined by a struck jury, plus interest and costs of court.

## COUNT TWO
## WANTONNESS

1.  The Plaintiff realleges all previous paragraphs and further avers as follows:

2.  The Defendant Richard, wantonly operated her vehicle so as to cause a rear end collision with the Plaintiff's vehicle. The Defendant's conduct constitutes wantonness.

3.  As a proximate consequence the Plaintiff suffered the damages and injuries as previously described.

4. **WHEREFORE**, the Plaintiff demands judgment of the Defendants in an amount to be determined by a jury in compensatory and punitive damages, plus interest and costs of court.

### COUNT THREE

1. The Plaintiff realleges all previous paragraphs and further avers as follows:

2. The named Defendants negligently or wantonly inspected, maintained and repaired the tractor trailer driven by Richard at the time of the accident made the subject of this lawsuit.

3. As a proximate consequence the Plaintiff suffered the damages and injuries as previously described.

4. **WHEREFORE**, the Plaintiff demands judgment of the Defendants in an amount be determined by a jury in compensatory and punitive damages, plus interest and costs of court.

### COUNT FIVE

1. The Plaintiff realleges all previous paragraphs and further avers as follows:

2. The named Defendants negligently intrusted the subject vehicle to the Defendant Richard at the time of the accident made the subject of this lawsuit.

3. As a proximate consequence the Plaintiff suffered the damages and injuries as previously described.

4. **WHEREFORE**, the Plaintiff demands judgment of the Defendants in an amount be determined by a jury in compensatory and punitive damages, plus interest and costs of court.

Plaintiff further avers that all Defendants, both fictitious and named, are guilty of the above-described causes and/or theories of recovery in a joint and several fashion and each count of the complaint is intended to apply to each of the fictitious and named Defendants to the extent it is applicable to same.

_____
Richard F. Horsley
**Attorney for Plaintiffs**

<u>OF COUNSEL</u>
KING, HORSLEY & LYONS
1 Metroplex Drive, Suite 280
Birmingham, Alabama 35209
(205) 871-1310

<u>TRIAL COUNSEL:</u>
Richard F. Horsley

Plaintiffs demand a trial by a struck jury in this cause.

_____
Of Counsel

<u>Plaintiff's Address</u>:
Kenneth Jackson
c/o Richard F. Horsley, Esquire
KING, HORSLEY & LYONS
1 Metroplex Drive, Suite 280
Birmingham, Alabama 35209

<u>Defendant's Addresses:</u>
Maria R. Richardson
500 Webster Road, #250
Auburn, Alabama 36832

Safeco Insurance
Attention: Glenn Mertes
P.O. Box 515097
Los Angeles, California 90051-5097


```
DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602000959
Cashier ID: cstrecke
Transaction Date: 10/25/2007
Payer Name: KING HORSLEY PC
------------------------------------
CIVIL FILING FEE
  For: KING HORSLEY PC
  Case/Party: D-ALM-3-07-CV-000962-001
  Amount:         $350.00
------------------------------------
CHECK
  Remitter: KING AND HORSLEY PC
  Check/Money Order Num: 1493
  Amt Tendered: $350.00
------------------------------------
Total Due:      $350.00
Total Tendered: $350.00
Change Amt:     $0.00
```

DALM307CV962-CSC

KING AND HORSLEY PC

1 METROPLEX DRIVE SUITE 280

BIRMINGHAM, AL  35209