IN THE UNTIED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **KENNETH JACKSON, an individual;** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| vs. ) | **Civil Action No.:** |
| ) | **3:07-CV-00962-MEF-CSC** |
| ) | |
| **MARIA R RICHARD, an individual;** ) | |
| **SAFECO, INSURANCE, a business or** ) | |
| **corporation;** ) | |
| ) | |
| **Defendants.** ) | |

## STIPULATION OF DISMISSAL

Comes now the Plaintiff, Kenneth Jackson, by and through his attorney of record, Richard F. Horsley, and files herewith in the above style cause a Stipulation of Dismissal, with prejudice, Costs taxed as paid.

Respectfully submitted,


/s/ Richard F. Horsley
**Richard F. Horsley**
**Attorney for Plaintiff**

**OF COUNSEL:**
**KING, HORSLEY & LYONS LLC**
**1 Metroplex Drive, Suite 280**
**Birmingham, Alabama 35209**
**(205) 871-1310**

**CERTIFICATE OF SERVICE**

       hereby certify that I have served a copy of the above and foregoing on all counsel of records listed below by placing a copy of same in the United States Mail, first class, postage pre-paid on this the 4th day of December, 2007.

                                                  /s/ Richard F. Horsley
                                                       OF COUNSEL

**USAA**
**Attention: Robert Alan Scoville**
**P.O. Box 659461**
**San Antonio, Texas 78265**

**Safeco Insurance**
**Attention: Glenn Mertes**
**P.O. Box 515097**
**Los Angeles, California 90051-5097**